No. 01–7547. JAYNES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–7548. KING *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7554. MORRIS *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 01–7557. SMITH *v.* BECKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7558. SOAPES *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 01–7567. SIMMONS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7568. SLAPPY ET AL. *v.* DIEHL ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7571. HOLMES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7572. STAPLETON *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–7576. JONES *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–7579. MOORE *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 01–7581. PERRY *v.* KILGORE, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7588. TAYLOR *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.